UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| USA, | * | Docket No. 1:14-cr-00102-WMS-HK |
| Plaintiff, | * | |
| | * | Buffalo, New York |
| v. | * | December 8, 2017 |
| | * | 9:31 a.m. |
| GREGORY KWIATKOWSKI, | * | |
| RAYMOND KRUG, | * | STATUS CONFERENCE |
| JOSEPH WENDEL, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE FOR
THE WESTERN DISTRICT OF NEW YORK

APPEARANCES:

For the Plaintiff: JAMES P. KENNEDY, JR., ESQ.
United States Attorney
By AARON S. MANGO, ESQ., and
MARY C. BAUMGARTEN, ESQ.,
Assistant United States Attorneys
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202

For the Defendants: TERRENCE M. CONNORS, ESQ.
Connors LLP
1000 Liberty Building
Buffalo, New York 14202-1687
RODNEY O. PERSONIUS, ESQ.,
Personius Melber LLP,
2100 Main Place Tower,
Buffalo, New York 14202,

Court Reporter: NANCY C. BROICH,
Notary Public
Jack W. Hunt & Associates, Inc.
1120 Liberty Building
Buffalo, New York 14202
(716) 853-5600

09:31:04

Proceedings recorded by mechanical stenography,
transcript produced by computer.

09:31:04 **JUDGE SKRETNY:** Okay. After that case, this one should be a piece of cake.

09:31:07 **MR. CONNORS:** I agree.

09:31:07 **JUDGE SKRETNY:** Let's find out from the government who is here.

09:31:13 **MS. BAUMGARTEN:** Good morning, Judge. Catie Baumgarten appearing for the United States.

09:31:16 **MR. MANGO:** Good morning, Judge. Aaron Mango for the United States.

09:31:21 **MR. CONNORS:** Terry Connors for Mr. Krug.

09:31:24 **MR. PERSONIUS:** Rodney Personius for Joseph Wendel.

09:31:30 **JUDGE SKRETNY:** We are not going to try this case in December. There is no way we can get to it and that's a problem. And if I remember correctly, the only time that you said you could try this if it doesn't go in December is August, Mr. Connors, because of your trial schedule, do I remember that correctly?

09:31:57 **MR. CONNORS:** Here is my situation, Your Honor. You know the January 16th date.

09:32:03 **JUDGE SKRETNY:** That's the problem.

09:32:07 **MR. CONNORS:** That's a very firm date supposedly four months. I don't know if that is an entirely accurate depiction.

09:32:16 **JUDGE SKRETNY:** With you in the case probably not.

09:32:20 **MR. CONNORS:** I don't have much to say in this case. And then New York is June 10th right now.

**JUDGE SKRETNY:** Let me ask you this -- I know I cut you off and I can see the wheels spinning around. January 3rd, is that a possibility?

**MR. CONNORS:** Yes.

**JUDGE SKRETNY:** Mr. Personius?

**MR. PERSONIUS:** It is for me.

**JUDGE SKRETNY:** It backs you right up to the 16th. Are you involved with that case, too?

**MR. PERSONIUS:** We are not, Judge.

**JUDGE SKRETNY:** Would the Government be ready on January 3rd.

**MS. BAUMGARTEN:** The Government has always been ready, Judge. We really have. And I understand the congestion of what is happening with the court's calendar. The challenge is -- and I know the Court is very familiar with it, is that the defense has always taken the position that in some way, like back, for example, when we filed the interrogatory appeal that the government was in some way seeking to delay the case. I'm requesting, Judge, that if this court can't do it, and can't do it expeditiously, that there might be an opportunity for someone else to come in. We respectfully request to see if there could be another judge who could stand in for this court and try the case.

**JUDGE SKRETNY:** When?

**MS. BAUMGARTEN:** Whenever the Court can do it as soon

09:33:44 as possible. We can do it next week if the Court would be in a position to do it Because it does sound like the defense counsel is otherwise jammed up after January 16th.

09:33:56 **MR. PERSONIUS:** I'm not sure what Ms. Baumgarten is referring to in terms of us at any time accusing the Government of dragging its feet. There is an issue about when the case was indicted, which was a week before the five year statute ran.

09:34:11 **MR. CONNORS:** A day before.

09:34:13 **MR. PERSONIUS:** Oh, a day before. Other than that, Judge, I don't believe we made that accusation.

09:34:15 **MR. MANGO:** Judge, I was responding to counsel on the day we were supposed to start last year. And I do remember, it is in the transcript, that at least one counsel made a claim that we were filing an interlocutory appeal for purposes of delay. It's in the transcript.

09:34:37 **MS. BAUMGARTEN:** It is, Judge. And I know it because I was absolutely shocked because of the situation of when the decision had come out that Saturday evening.

09:34:46 **JUDGE SKRETNY:** I remember that very well, Ms. Baumgarten, because I hear a lot of interlocutory appeals that seem to come out of nowhere. I'm not saying that anyone here is dragging their feet. We had matters that have come up that caused the trial to be put off from time to time. Nonetheless, this is a three year old case. Let's try to get it done January

3rd. I'm playing around with the Dr. Cheruvu case because you were just here. I've got five cases lined up to start the first of the year or at least to be plugged in somewhere.

I don't have a resource in terms of a judge. I've talked to a couple that are willing to come to Buffalo. They would prefer February in Buffalo rather than January in Buffalo, but I don't know.

What is defense counsel's position?

**MR. PERSONIUS:** I don't see this being a question of your availability, Judge, other than the trial you have to finish. If we can do it January 3rd I just -- I don't think it would be efficient to bring in some other judge on this case at this point. You know the case. You have been with the case for the three odd years it has been pending. If we can do it on the 3rd, I don't see that being any huge delay.

**MR. MANGO:** I think we were just asking, Judge, if there was a judge available to try it next week or sometime in December, but obviously if you are available January 3rd then we will be available and ready to go.

**MS. BAUMGARTEN:** My secondary concern really is to the Speedy Trial Act exclusion, Judge. And I appreciate where the court is once again with the congestion, I'm not challenging that, Your Honor. I'm not sure under what provision of the Speedy Trial Act under 3161 that there is a meritorious basis for congestion of the court's calendar for a speedy trial act

exclusion. The time is excluded up to and including the 12th based currently where we are. And the court made factual findings based on not only the defense agreement but also the one week. It was a very short adjournment previously requested.

**JUDGE SKRETNY:** I think we have more of a speedy trial issue if we had to wait until August, if you want to consider that a speedy trial issue. The continuity of counsel for one thing is, I think, a viable basis for exclusion, the interest of justice likewise.

**MR. PERSONIUS:** And, Judge, there is no speedy trial issue in this case. It is an old case. We never raised a speedy trial issue and we are not going to raise it now.

**JUDGE SKRETNY:** Well, the government has an issue with the speedy trial

**MS. BAUMGARTEN:** Absolutely. And we are the ones who are held accountable for it.

**JUDGE SKRETNY:** I'm not saying there is. I'm feeding off of what Ms. Baumgarten is indicating.

**MR. MANGO:** Can I take one moment for just a second.

**JUDGE SKRETNY:** Yes.

**MR. MANGO:** Do you think it might be helpful to all if we pick a jury say the 27th or the 28th, have that ready to go, and then come out of the box on the 3rd with proof. It might save us a little bit of time. It took us one day to pick the jury the last time. It is depending on your availability and

the jurors availability.

**JUDGE SKRETNY:** I think that is problematic. There are only two days that week and just getting jurors in that week is a problem.

**MR. MANGO:** That's true.

**JUDGE SKRETNY:** And I like the idea because it may take a day or two to get a jury, depending on what happens between now and jury selection, that is always unpredictable. I will look at that. I will keep you on hold. January 3rd is the starting date. I think we are up to speed on just about everything there is.

One issue that still remains I have a summary bench statement which I will deliver right now, and I think it will suffice for purposes of getting everything behind us and it will facilitate your preparation. It relates to the November 8th, 2017 date when I granted the defendants conditional request.

They be allowed to in evidence of the alleged victim's civil suit against the City in the event that the government introduces a certain theory regarding co-defendant Kwiatkowski, now government witness Kwiatkowski. At that time I deferred ruling on whether settlement of the lawsuit would also be admissible and allowed for additional briefing, which is now complete.

Based on Federal Rule of Evidence 408, the settlement of a private civil suit, such as the one at issue here, is not

09:40:13 admissible, "to either prove or disprove the validity or amount
09:40:19 of a disputed claim." However, it may be admissible for another
09:40:25 purpose, "such as proving a witness's bias or prejudice." The
09:40:33 government contends that it needs to admit the settlement in
09:40:36 order to "present the whole narrative" to the jury. It makes no
09:40:40 attempt to discuss the application of Rule 408 or distinguish
09:40:44 the cases cited by the defendants, nor does it provide any
09:40:48 authority from which to define the prosecution's interest in
09:40:54 presenting evidence of its choice transcends the interest that
09:40:55 all parties have in complying with the Federal rules of
09:40:59 evidence.
09:41:00 Accordingly, the settlement of the civil suit will be
09:41:02 admissible only to the extent that the government can
09:41:05 demonstrate a proper purpose under Rule 408. It will not be
09:41:09 admitted simply to "complete the narrative" as this appears to
09:41:14 be an attempt to bolster the validity of the charges against
09:41:18 defendants as it now stands the government requests.
09:41:22 **MR. CONNORS:** Judge, I will notify Judge Wolford today
09:41:26 about this trial date. We are in some preliminary motion
09:41:30 practice there. I will be in front of her on the 12th and will
09:41:33 alert her to this issue just in case.
09:41:37 **JUDGE SKRETNY:** Don't use me as a scapegoat. And I
09:41:42 know there is a twinkle that I sense in your thought process,
09:41:47 Mr. Connors, and I'm not going to give you the benefit of a good
09:41:52 idea that Mr. Personius gave you. You are going to be done with

this case by the time -- whatever the date is that Judge Wolford -- I'm doing this for your benefit. And the Government is right, it's for their benefit as well. I'm not interfering with Judge Wolford's trial date at all. You understand I'm a senior judge.

**MR. CONNORS:** I do.

**JUDGE SKRETNY:** I have certain differential commitments that I have to make to the active judges. And I'm going to do this, one of the defendants here, who is not here?

**MR. CONNORS:** Ray Krug.

**JUDGE SKRETNY:** I want them to have their trial at the earliest possible time. We will work this case hard and we're going to get it done before you have to start. It is tough for you because you have to go back. Mr. Personius doesn't. In any event, there are other commitments that I'm sure he has so we need to get this done. January 3rd trial date. If I can work something out with respect to jury selection in that interim week, I will discuss it with you. I don't think it is practicable right now.

**MR. PERSONIUS:** Judge, I don't need to prolong our appearance, but I will. There had been a question about witness Kwiatkowski's PSR, and a request had been made of the Government if they have it. If they don't have it, and they express the understanding that it wasn't complete at this point, but if there is a PSR that has been completed for Mr. Kwiatkowski would

the court consider reviewing that in camera to determine if there is anything in the content that should be disclosed to the defense.

**JUDGE SKRETNY:** Yes, I will do it in camera, which I have been doing it as a matter of course.

**MR. PERSONIUS:** Thank you, Judge.

**MS. BAUMGARTEN:** Judge, with regard to the speedy trial, I'm just trying to make sure I know. I know the court did provide some information on the record. Are you excluding the time under --

**JUDGE SKRETNY:** 3161(h)(7)(A). And I find in that regard that the interest of defendant to a speedy trial is excluded under and that outweighs the interest of defense. That finding will be of record, continuity of counsel under 3161(h)(7)(A), likewise as part of the exclusion. And I think in the totality that suffices through and including January 3rd.

**MS. BAUMGARTEN:** I would note for the record that defense counsel specifically has agreed to this, Judge, and the date of January 3rd for the trial date. I say that on the record because as the court knows the US Attorney's office is ultimately held accountable for this and there's a lot of second guessing that has been going on.

**JUDGE SKRETNY:** I will note it doesn't change --

**MS. BAUMGARTEN:** I understand, Judge.

**JUDGE SKRETNY:** -- applicability or nonapplicability

09:45:01 of a speedy trial, but for purposes of proceeding forward it makes sense.

09:45:06 **MR. PERSONIUS:** If it's helpful, Judge, I will affirm it on the record that we agree to it.

09:45:07 **JUDGE SKRETNY:** Okay.

09:45:07 **MR. PERSONIUS:** Judge, one other point.

09:45:07 **JUDGE SKRETNY:** Sure.

09:45:09 **MR. PERSONIUS:** We have -- there is what is called a two week regulations, but it has to do with subpoenaing a government agent. We think there may be a basis in this case where we may need to call as part of the defense case FBI Special Agents Taylor or Amo, A-M-O. And we have submitted to the Department of Justice an application for them to approve our 09:45:42 request that they be on call as defense witnesses. We haven't 09:45:42 heard the response yet, that is an outstanding issue.

09:45:46 **JUDGE SKRETNY:** You are on notice of that.

09:45:49 **MR. PERSONIUS:** Yes, Judge.

09:45:51 **JUDGE SKRETNY:** Thank you very much.

(Proceedings concluded at 9:45 a.m.)

"I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter."

Signature

8/1/2018
Date

**1**

**1000** [1] - 1:18
**10th** [1] - 2:25
**1120** [1] - 1:23
**12th** [2] - 6:1, 8:20
**138** [1] - 1:15
**14202** [3] - 1:16, 1:20, 1:23
**14202-1687** [1] - 1:18
**16th** [3] - 2:19, 3:7, 4:3
**1:14-cr-00102-WMS-HK** [1] - 1:3

**2**

**2017** [2] - 1:5, 7:16
**2100** [1] - 1:20
**27th** [1] - 6:22
**28th** [1] - 6:22

**3**

**3161** [1] - 5:24
**3161(h)(7)(A** [1] - 10:15
**3161(h)(7)(A)** [1] - 10:11
**3rd** [11] - 3:2, 3:11, 5:1, 5:11, 5:15, 5:18, 6:23, 7:9, 9:16, 10:16, 10:19

**4**

**408** [3] - 7:24, 8:6, 8:14

**7**

**716** [1] - 1:24

**8**

**8** [1] - 1:5
**8/1/2018** [1] - 12:5
**853-5600** [1] - 1:24
**8th** [1] - 7:15

**9**

**9:31** [1] - 1:5
**9:45** [1] - 11:19

**A**

**A-M-O** [1] - 11:12
**a.m** [2] - 1:5, 11:19
**Aaron** [1] - 2:8
**AARON** [1] - 1:13
**above-entitled** [1] - 12:2
**Absolutely** [1] - 6:15
**absolutely** [1] - 4:18
**Accordingly** [1] - 8:12
**accountable** [2] - 6:16, 10:21
**accurate** [1] - 2:22
**accusation** [1] - 4:11
**accusing** [1] - 4:5
**Act** [2] - 5:21, 5:24
**act** [1] - 5:25
**active** [1] - 9:8
**additional** [1] - 7:22
**adjournment** [1] - 6:4
**admissible** [4] - 7:22, 8:1, 8:2, 8:13
**admit** [1] - 8:4
**admitted** [1] - 8:15
**affirm** [1] - 11:3
**agent** [1] - 11:10
**Agents** [1] - 11:12
**agree** [2] - 2:3, 11:4
**agreed** [1] - 10:18
**agreement** [1] - 6:3
**alert** [1] - 8:21
**alleged** [1] - 7:17
**allowed** [2] - 7:17, 7:22
**Amo** [1] - 11:12
**amount** [1] - 8:1
**appeal** [2] - 3:17, 4:15
**appeals** [1] - 4:21
**appearance** [1] - 9:21
**APPEARANCES** [1] - 1:11
**appearing** [1] - 2:7
**applicability** [1] - 10:25
**application** [2] - 8:6, 11:13
**appreciate** [1] - 5:21
**approve** [1] - 11:13
**Assistant** [1] - 1:14
**Associates** [1] - 1:22
**attempt** [2] - 8:6, 8:16
**Attorney** [1] - 1:13
**Attorney's** [1] - 10:20
**Attorneys** [1] - 1:14
**August** [2] - 2:15, 6:6
**authority** [1] - 8:8
**availability** [3] - 5:10, 6:25, 7:1
**available** [3] - 5:17, 5:18, 5:19
**Avenue** [1] - 1:15

**B**

**backs** [1] - 3:7
**based** [3] - 6:2, 6:3, 7:24
**basis** [3] - 5:24, 6:8, 11:10
**Baumgarten** [4] - 2:7, 4:4, 4:21, 6:18
**BAUMGARTEN** [10] - 1:14, 2:6, 3:12, 3:25, 4:17, 5:20, 6:15, 10:7, 10:17, 10:24
**BEFORE** [1] - 1:9
**behind** [1] - 7:14
**bench** [1] - 7:12
**benefit** [3] - 8:24, 9:2, 9:3
**between** [1] - 7:8
**bias** [1] - 8:3
**bit** [1] - 6:24
**bolster** [1] - 8:16
**box** [1] - 6:23
**briefing** [1] - 7:22
**bring** [1] - 5:12
**BROICH** [1] - 1:21
**Buffalo** [8] - 1:4, 1:16, 1:18, 1:20, 1:23, 5:5, 5:6
**Building** [2] - 1:18, 1:23

**C**

**cake** [1] - 2:2
**calendar** [2] - 3:14, 5:25
**camera** [2] - 10:1, 10:4
**case** [20] - 2:1, 2:12, 2:23, 2:24, 3:8, 3:18, 3:23, 4:7, 4:25, 5:1, 5:12, 5:13, 6:11, 8:21, 9:1, 9:12, 11:10, 11:11
**cases** [2] - 5:2, 8:7
**catie** [1] - 2:6
**caused** [1] - 4:24
**Centre** [1] - 1:15
**certain** [2] - 7:19, 9:7
**certify** [1] - 12:1
**challenge** [1] - 3:14
**challenging** [1] - 5:22
**change** [1] - 10:23
**charges** [1] - 8:16
**Cheruvu** [1] - 5:1
**choice** [1] - 8:9
**cited** [1] - 8:7
**City** [1] - 7:18
**civil** [3] - 7:18, 7:25, 8:12
**claim** [2] - 4:14, 8:2
**co** [1] - 7:19
**co-defendant** [1] - 7:19
**commitments** [2] - 9:8, 9:15
**complete** [3] - 7:23, 8:15, 9:24
**completed** [1] - 9:25
**complying** [1] - 8:10
**computer** [1] - 1:25
**concern** [1] - 5:20
**concluded** [1] - 11:19
**conditional** [1] - 7:16
**CONFERENCE** [1] - 1:6
**congestion** [3] - 3:13, 5:22, 5:25
**CONNORS** [11] - 1:17, 2:3, 2:10, 2:18, 2:21, 2:24, 3:4, 4:9, 8:18, 9:6, 9:10
**Connors** [4] - 1:17, 2:10, 2:16, 8:24
**consider** [2] - 6:6, 10:1
**contends** [1] - 8:4
**content** [1] - 10:2
**continuity** [2] - 6:7, 10:14
**correct** [1] - 12:1
**correctly** [2] - 2:14, 2:17
**counsel** [6] - 4:2, 4:12, 4:14, 6:7, 10:14, 10:18
**counsel's** [1] - 5:8
**couple** [1] - 5:5
**course** [1] - 10:5
**COURT** [1] - 1:1
**court** [7] - 3:19, 3:22, 5:22, 6:2, 10:1, 10:8, 10:20
**Court** [4] - 1:21, 3:15, 3:25, 4:1
**court's** [2] - 3:14, 5:25
**cut** [1] - 3:1

**D**

**Date** [1] - 12:5
**date** [10] - 2:19, 2:21, 7:10, 7:16, 8:19, 9:1, 9:4, 9:16, 10:19
**days** [1] - 7:3
**December** [4] - 1:5, 2:13, 2:15, 5:18
**decision** [1] - 4:19
**defendant** [2] - 7:19, 10:12
**Defendants** [2] - 1:8, 1:17
**defendants** [4] - 7:16, 8:7, 8:17, 9:9
**defense** [9] - 3:15, 4:2, 5:8, 6:3, 10:3, 10:13, 10:18, 11:11, 11:14
**deferred** [1] - 7:20
**define** [1] - 8:8
**Delaware** [1] - 1:15
**delay** [3] - 3:18, 4:16, 5:15
**deliver** [1] - 7:13
**demonstrate** [1] - 8:14
**Department** [1] - 11:13
**depiction** [1] - 2:22
**determine** [1] - 10:1
**differential** [1] - 9:7
**disclosed** [1] - 10:2
**discuss** [2] - 8:6, 9:18
**disprove** [1] - 8:1
**disputed** [1] - 8:2
**distinguish** [1] - 8:6
**DISTRICT** [4] - 1:1, 1:1, 1:10, 1:10
**Docket** [1] - 1:2
**done** [4] - 4:25, 8:25, 9:13, 9:16
**Dr** [1] - 5:1
**dragging** [2] - 4:6, 4:23

**E**

**earliest** [1] - 9:12
**efficient** [1] - 5:12
**either** [1] - 8:1
**entirely** [1] - 2:22
**entitled** [1] - 12:2
**ESQ** [5] - 1:12, 1:13, 1:14, 1:17, 1:19
**evening** [1] - 4:19
**event** [2] - 7:18, 9:15
**evidence** [3] - 7:17, 8:9, 8:11
**Evidence** [1] - 7:24
**example** [1] - 3:17

**excluded** [2] - 6:1, 10:13
**excluding** [1] - 10:9
**exclusion** [4] - 5:21, 6:1, 6:8, 10:15
**expeditiously** [1] - 3:20
**express** [1] - 9:23
**extent** [1] - 8:13

### F

**facilitate** [1] - 7:15
**factual** [1] - 6:2
**familiar** [1] - 3:15
**FBI** [1] - 11:11
**February** [1] - 5:6
**Federal** [3] - 1:15, 7:24, 8:10
**feeding** [1] - 6:17
**feet** [2] - 4:6, 4:23
**filed** [1] - 3:17
**filing** [1] - 4:15
**findings** [1] - 6:3
**finish** [1] - 5:11
**firm** [1] - 2:21
**first** [1] - 5:2
**five** [2] - 4:7, 5:2
**FOR** [1] - 1:10
**foregoing** [1] - 12:1
**forward** [1] - 11:1
**four** [1] - 2:21
**front** [1] - 8:20

### G

**Government** [5] - 3:10, 3:12, 4:6, 9:2, 9:22
**government** [9] - 2:4, 3:18, 6:13, 7:18, 7:20, 8:4, 8:13, 8:17, 11:10
**granted** [1] - 7:16
**GREGORY** [1] - 1:6
**guessing** [1] - 10:22

### H

**hard** [1] - 9:12
**hear** [1] - 4:21
**heard** [1] - 11:15
**held** [2] - 6:16, 10:21
**helpful** [2] - 6:21, 11:3
**hold** [1] - 7:9
**Honor** [2] - 2:18, 5:23
**HONORABLE** [1] - 1:9
**huge** [1] - 5:15
**Hunt** [1] - 1:22

### I

**idea** [2] - 7:6, 8:25
**Inc** [1] - 1:22
**including** [2] - 6:1, 10:16
**indicating** [1] - 6:18
**indicted** [1] - 4:7
**information** [1] - 10:9
**interest** [5] - 6:8, 8:8, 8:9, 10:12, 10:13
**interfering** [1] - 9:3
**interim** [1] - 9:17
**interlocutory** [2] - 4:15, 4:21
**interrogatory** [1] - 3:17
**introduces** [1] - 7:19
**involved** [1] - 3:8
**issue** [10] - 4:6, 6:6, 6:7, 6:11, 6:12, 6:13, 7:12, 7:25, 8:21, 11:15

### J

**Jack** [1] - 1:22
**JAMES** [1] - 1:12
**jammed** [1] - 4:3
**January** [12] - 2:19, 3:2, 3:11, 4:3, 4:25, 5:6, 5:11, 5:18, 7:9, 9:16, 10:16, 10:19
**JOSEPH** [1] - 1:7
**Joseph** [1] - 2:11
**JR** [1] - 1:12
**judge** [6] - 3:22, 5:4, 5:12, 5:17, 9:5, 10:7
**Judge** [23] - 2:6, 2:8, 3:9, 3:13, 3:19, 4:11, 4:12, 4:17, 5:10, 5:16, 5:21, 6:10, 8:18, 9:1, 9:4, 9:20, 10:6, 10:18, 10:24, 11:3, 11:6, 11:17
**JUDGE** [29] - 1:10, 2:1, 2:4, 2:12, 2:20, 2:23, 3:1, 3:5, 3:7, 3:10, 3:24, 4:20, 6:5, 6:13, 6:17, 6:20, 7:2, 7:6, 8:22, 9:7, 9:11, 10:4, 10:11, 10:23, 10:25, 11:5, 11:7, 11:16, 11:18
**judges** [1] - 9:8
**June** [1] - 2:25
**jurors** [2] - 7:1, 7:3
**jury** [6] - 6:22, 6:25, 7:7, 7:8, 8:5, 9:17
**Justice** [1] - 11:13
**justice** [1] - 6:9

### K

**keep** [1] - 7:9
**KENNEDY** [1] - 1:12
**knows** [1] - 10:20
**Krug** [2] - 2:10, 9:10
**KRUG** [1] - 1:6
**Kwiatkowski** [3] - 7:19, 7:20, 9:25
**KWIATKOWSKI** [1] - 1:6
**Kwiatkowski's** [1] - 9:22

### L

**last** [2] - 4:13, 6:25
**lawsuit** [1] - 7:21
**least** [2] - 4:14, 5:3
**Liberty** [2] - 1:18, 1:23
**likewise** [2] - 6:9, 10:15
**lined** [1] - 5:2
**LLP** [2] - 1:17, 1:19
**look** [1] - 7:9

### M

**Main** [1] - 1:20
**MANGO** [7] - 1:13, 2:8, 4:12, 5:16, 6:19, 6:21, 7:5
**Mango** [1] - 2:8
**MARY** [1] - 1:14
**matter** [2] - 10:5, 12:2
**matters** [1] - 4:23
**mechanical** [1] - 1:25
**Melber** [1] - 1:19
**meritorious** [1] - 5:24
**might** [3] - 3:20, 6:21, 6:23
**moment** [1] - 6:19
**months** [1] - 2:22
**morning** [2] - 2:6, 2:8
**motion** [1] - 8:19
**MR** [28] - 2:3, 2:8, 2:10, 2:11, 2:18, 2:21, 2:24, 3:4, 3:6, 3:9, 4:4, 4:9, 4:10, 4:12, 5:9, 5:16, 6:10, 6:19, 7:5, 8:18, 9:6, 9:10, 9:20, 10:6, 11:3, 11:6, 11:8, 11:17
**MS** [9] - 2:6, 3:12, 3:25, 4:17, 5:20, 6:15, 10:7, 10:17, 10:24

### N

**NANCY** [1] - 1:21
**narrative** [2] - 8:5, 8:15
**need** [3] - 9:16, 9:20, 11:11
**needs** [1] - 8:4
**never** [1] - 6:11
**NEW** [2] - 1:1, 1:10
**New** [6] - 1:4, 1:16, 1:18, 1:20, 1:23, 2:25
**next** [2] - 4:1, 5:17
**nonapplicability** [1] - 10:25
**nonetheless** [1] - 4:24
**Notary** [1] - 1:22
**note** [2] - 10:17, 10:23
**notice** [1] - 11:16
**notify** [1] - 8:18
**November** [1] - 7:15
**nowhere** [1] - 4:22

### O

**obviously** [1] - 5:18
**odd** [1] - 5:14
**OF** [3] - 1:1, 1:9, 1:10
**office** [1] - 10:20
**old** [2] - 4:25, 6:11
**once** [1] - 5:22
**one** [10] - 2:1, 4:14, 6:4, 6:7, 6:19, 6:24, 7:12, 7:25, 9:9, 11:6
**ones** [1] - 6:15
**opportunity** [1] - 3:20
**order** [1] - 8:5
**otherwise** [1] - 4:3
**outstanding** [1] - 11:15
**outweighs** [1] - 10:13

### P

**part** [2] - 10:15, 11:11
**parties** [1] - 8:10
**pending** [1] - 5:14
**PERSONIUS** [14] - 1:19, 2:11, 3:6, 3:9, 4:4, 4:10, 5:9, 6:10, 9:20, 10:6, 11:3, 11:6, 11:8, 11:17
**Personius** [5] - 1:19, 2:11, 3:5, 8:25, 9:14
**pick** [2] - 6:22, 6:24
**piece** [1] - 2:2
**Place** [1] - 1:20
**Plaintiff** [2] - 1:3, 1:12
**playing** [1] - 5:1
**plugged** [1] - 5:3
**point** [3] - 5:13, 9:24, 11:6
**position** [3] - 3:16, 4:2, 5:8
**possibility** [1] - 3:3
**possible** [2] - 4:1, 9:12
**practicable** [1] - 9:19
**practice** [1] - 8:20
**prefer** [1] - 5:6
**prejudice** [1] - 8:3
**preliminary** [1] - 8:19
**preparation** [1] - 7:15
**present** [1] - 8:5
**presenting** [1] - 8:9
**previously** [1] - 6:4
**private** [1] - 7:25
**problem** [3] - 2:14, 2:20, 7:4
**problematic** [1] - 7:2
**proceeding** [1] - 11:1
**PROCEEDINGS** [1] - 1:9
**Proceedings** [2] - 1:25, 11:19
**proceedings** [1] - 12:2
**process** [1] - 8:23
**produced** [1] - 1:25
**prolong** [1] - 9:20
**proof** [1] - 6:23
**proper** [1] - 8:14
**prosecution's** [1] - 8:8
**prove** [1] - 8:1
**provide** [2] - 8:7, 10:9
**proving** [1] - 8:3
**provision** [1] - 5:23
**PSR** [2] - 9:22, 9:25
**Public** [1] - 1:22
**purpose** [2] - 8:3,

8:14
**purposes** [3] - 4:15, 7:14, 11:1
**put** [1] - 4:24

## R

**raise** [1] - 6:12
**raised** [1] - 6:11
**ran** [1] - 4:8
**rather** [1] - 5:6
**ray** [1] - 9:10
**RAYMOND** [1] - 1:6
**ready** [4] - 3:10, 3:12, 5:19, 6:22
**really** [2] - 3:13, 5:20
**record** [6] - 10:9, 10:14, 10:17, 10:20, 11:4, 12:2
**recorded** [1] - 1:25
**referring** [1] - 4:5
**regard** [2] - 10:7, 10:12
**regarding** [1] - 7:19
**regulations** [1] - 11:9
**relates** [1] - 7:15
**remains** [1] - 7:12
**remember** [4] - 2:14, 2:16, 4:13, 4:20
**Reporter** [1] - 1:21
**request** [4] - 3:21, 7:16, 9:22, 11:14
**requested** [1] - 6:4
**requesting** [1] - 3:19
**requests** [1] - 8:17
**resource** [1] - 5:4
**respect** [1] - 9:17
**respectfully** [1] - 3:21
**responding** [1] - 4:12
**response** [1] - 11:15
**reviewing** [1] - 10:1
**RODNEY** [1] - 1:19
**Rodney** [1] - 2:11
**Rule** [3] - 7:24, 8:6, 8:14
**rules** [1] - 8:10
**ruling** [1] - 7:21

## S

**Saturday** [1] - 4:19
**save** [1] - 6:24
**scapegoat** [1] - 8:22
**schedule** [1] - 2:16
**second** [2] - 6:19, 10:21
**secondary** [1] - 5:20
**see** [4] - 3:2, 3:21, 5:9, 5:15
**seeking** [1] - 3:18
**seem** [1] - 4:22
**selection** [2] - 7:8, 9:17
**senior** [1] - 9:4
**sense** [2] - 8:23, 11:2
**settlement** [4] - 7:21, 7:24, 8:4, 8:12
**shocked** [1] - 4:18
**short** [1] - 6:4
**Signature** [1] - 12:5
**simply** [1] - 8:15
**situation** [2] - 2:18, 4:18
**SKRETNY** [29] - 1:9, 2:1, 2:4, 2:12, 2:20, 2:23, 3:1, 3:5, 3:7, 3:10, 3:24, 4:20, 6:5, 6:13, 6:17, 6:20, 7:2, 7:6, 8:22, 9:7, 9:11, 10:4, 10:11, 10:23, 10:25, 11:5, 11:7, 11:16, 11:18
**someone** [1] - 3:20
**sometime** [1] - 5:17
**somewhere** [1] - 5:3
**soon** [1] - 3:25
**sound** [1] - 4:2
**Special** [1] - 11:12
**specifically** [1] - 10:18
**speed** [1] - 7:10
**Speedy** [2] - 5:21, 5:24
**speedy** [9] - 5:25, 6:5, 6:7, 6:10, 6:12, 6:14, 10:7, 10:12, 11:1
**spinning** [1] - 3:2
**stand** [1] - 3:22
**stands** [1] - 8:17
**start** [3] - 4:13, 5:2, 9:13
**starting** [1] - 7:10
**statement** [1] - 7:13
**STATES** [2] - 1:1, 1:10
**States** [4] - 1:13, 1:14, 2:7, 2:9
**STATUS** [1] - 1:6
**statute** [1] - 4:8
**stenography** [1] - 1:25
**still** [1] - 7:12
**submitted** [1] - 11:12
**subpoenaing** [1] - 11:9
**suffice** [1] - 7:14
**suffices** [1] - 10:16
**suit** [3] - 7:18, 7:25, 8:12
**summary** [1] - 7:12
**supposed** [1] - 4:13
**supposedly** [1] - 2:21

## T

**Taylor** [1] - 11:12
**terms** [2] - 4:5, 5:4
**TERRENCE** [1] - 1:17
**Terry** [1] - 2:10
**THE** [2] - 1:9, 1:10
**theory** [1] - 7:19
**three** [2] - 4:25, 5:14
**today** [1] - 8:18
**took** [1] - 6:24
**totality** [1] - 10:16
**tough** [1] - 9:13
**Tower** [1] - 1:20
**transcends** [1] - 8:9
**transcript** [4] - 1:25, 4:14, 4:16, 12:1
**TRANSCRIPT** [1] - 1:9
**Trial** [2] - 5:21, 5:24
**trial** [17] - 2:16, 4:24, 5:10, 5:25, 6:5, 6:7, 6:10, 6:12, 6:14, 8:19, 9:4, 9:11, 9:16, 10:8, 10:12, 10:19, 11:1
**true** [1] - 7:5
**try** [5] - 2:12, 2:15, 3:22, 4:25, 5:17
**trying** [1] - 10:8
**twinkle** [1] - 8:23
**two** [3] - 7:3, 7:7, 11:9

## U

**ultimately** [1] - 10:21
**under** [6] - 5:23, 5:24, 8:14, 10:10, 10:13, 10:14
**UNITED** [2] - 1:1, 1:10
**United** [4] - 1:13, 1:14, 2:7, 2:9
**unpredictable** [1] - 7:8
**up** [6] - 3:7, 4:3, 4:23, 5:2, 6:1, 7:10
**US** [1] - 10:20
**USA** [1] - 1:2

## V

**validity** [2] - 8:1, 8:16
**viable** [1] - 6:8
**victim's** [1] - 7:17

## W

**wait** [1] - 6:6
**week** [8] - 4:1, 4:7, 5:17, 6:4, 7:3, 9:18, 11:9
**WENDEL** [1] - 1:7
**Wendel** [1] - 2:11
**WESTERN** [2] - 1:1, 1:10
**wheels** [1] - 3:2
**whole** [1] - 8:5
**WILLIAM** [1] - 1:9
**willing** [1] - 5:5
**witness** [2] - 7:20, 9:21
**witness's** [1] - 8:3
**witnesses** [1] - 11:14
**Wolford** [2] - 8:18, 9:1
**Wolford's** [1] - 9:4

## Y

**year** [4] - 4:7, 4:13, 4:25, 5:3
**years** [1] - 5:14
**YORK** [2] - 1:1, 1:10
**York** [6] - 1:4, 1:16, 1:18, 1:20, 1:23, 2:25